COLLEGE v. THORNE

No. 105 PC.

Case below: 13 N.C. App. 27.

Petition for writ of certiorari to North Carolina Court of Appeals denied 7 March 1972.


COOKE v. MOTOR LINES

No. 44.

Case below: 13 N.C. App. 342.

Petition for writ of certiorari to North Carolina Court of Appeals denied 7 March 1972. Appeal dismissed ex mero motu for lack of substantial constitutional question 7 March 1972.


ENROUGHTY v. INDUSTRIES, INC.

No. 13 PC.

Case below: 13 N.C. App. 400.

Petition for writ of certiorari to North Carolina Court of Appeals denied 7 March 1972.


GOWER v. INSURANCE CO.

No. 16 PC.

Case below: 13 N.C. App. 368.

Petition for writ of certiorari to North Carolina Court of Appeals allowed 7 March 1972.


GRAY v. CLARK

No. 104 PC.

Case below: 13 N.C. App. 160.

Petition for writ of certiorari to North Carolina Court of Appeals denied 7 March 1972.